IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Robert Steve Jolly, | ) |
|       Plaintiff, | ) |
| vs. | ) Civil Action No. 1:10-1159-TLW-SVH |
| Phillip Thompson, Tom Fox, Nurse Hipp, Officer Updegraff, Major Johnson, Nurse Connie, and Cpt. Stafford, | ) |
|       Defendants. | ) |

## ORDER

Robert Steve Jolly, ("plaintiff"), brought this civil action, *pro se*, pursuant to 42 U.S.C. § 1983 on May 10, 2010. (Doc. # 1).

This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by United States Magistrate Shiva V. Hodges, to whom this case had previously been assigned. In the Report, the Magistrate Judge recommends that the plaintiff's motions for a temporary restraining order be denied. (Doc. # 65). The plaintiff filed no objections to the Report.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence of objections to the Report of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED.** (Doc. # 65). Therefore, the motions for a temporary restraining order are **DENIED**. (Docs. # 16 and 36). Similarly, the request for a hearing is **DENIED**. (Doc. # 36).

**IT IS SO ORDERED**

____s/Terry L. Wooten____<br>United States District Judge

February 28, 2011
Florence, South Carolina